IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * NO. 14-0226-TJS |
| SHELDON KENNEDY, | * |
| Defendant | * |

## MOTION TO UNSEAL COMPLAINT

The United States of America, by its undersigned attorneys, moves this Honorable Court to order and direct that the Complaint in the above-captioned matter be UNSEALED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Justin S. Herring
Assistant United States Attorney

ORDERED as prayed, this 20 day of February 2014.

_____
United States Magistrate Judge

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

FEB 20 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY