IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 14-0226 TJS |
| SHELDON KENNEDY | * | |

\* \* \* \* \* \*

**ORDER**

On April 7, 2014, the Court received a United States Treasury check in the amount of $3,000.00 from the United States District Court for the Southern District of Florida. This check represents the funds deposited into the registry of that court, constituting Defendant Sheldon Kennedy's $100,000 three-percent bond. *See United States v. Sheldon Kennedy*, No. 14-mj-2199, ECF No. 9 (S.D. Fla. Mar. 7, 2014).

Accordingly, it is ORDERED that the Clerk of the Court deposit the check into the Registry of this Court.

April 8, 2014                                  _____/s/_____
Date                                           Timothy J. Sullivan
                                               United States Magistrate Judge