IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

        v.                                   *      Case No. TJS-14-0226

**Sheldon Kennedy**                *

                                    ******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the defendant, __Sheldon Kennedy__. I certify that: [check and complete one that applies]

[x] I am admitted to practice in this Court, and my bar number is __03176__.

[x] I am a member in good standing of the bar of the highest state court of __MD__

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

__4/14/14__
Date

__Richard C. Bittner, Esq.__
Signature of Counsel / Print Name

**7 Central Avenue**
Firm Address

**410-590-2552**
Phone No.

**Suite 201**
Address

**410-590-9018**
Fax No.

**Glen Burnie, MD 21061**
City/State/Zip

**richbittner@gmail.com**
Email Address

Please select your designation:

[x] CJA     [ ] Retained     [ ] Public Defender     [ ] Pro Bono

** **NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

---

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event Notice of Appearance.

Entry of Appearance – Criminal (Rev. 07/2013)