## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      :

     :     **NO. 14-0226 TJS**

v.      :

     :

SHELDON KENNEDY,      :

      Defendant.      :

     :

...oooOooo...

## ORDER

This case is presently pending by way of Criminal Complaint. The Defendant and the

Government have filed a motion to extend the time for presentment and to toll the speedy trial,

thereby waiving the right to a preliminary hearing, as well as speedy presentment and speedy

trial. The Court finds that the ends of justice served by granting an extension of the time within

which to return an indictment outweigh the best interests of the public and the Defendant in a

speedy trial because, for the reasons set forth in the motion, failure to grant the extension is

likely to result in a miscarriage of justice if the matter is presented to the grand jury prior to

issues surrounding the investigation being fully investigated and researched. This Order is based

on a finding pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (ii), (iii) and (iv), that the ends of justice

served by taking such action outweigh the best interest of the public and the defendant in a

speedy trial.

IT IS ORDERED as follows:

1. Excludable delay under 18 U.S.C. § 3161(h)(7)(A) is found to continue from April 11,

2014 through June 11, 2014. Such time shall be in addition to other excludable time under the

Speedy Trial Act and also acts to toll any applicable period under 18 U.S.C. § 3161(c)(1).

TJS     2.   The Court finds that, pursuant Title 18, United States Code, Sections 3161(h)(7)(A)

and (7)(B), based upon the joint motion of the parties, the interests of justice will be served by

continuing the speedy presentment date and trial date beyond those required under the statute and

that the ends of justice served by such a delay in the trial of this case outweigh the interests of the

public and the defendant in a speedy trial, in that:

a. the failure to grant this request in this proceeding would be likely to result in a

miscarriage of justice;

b. this case involves some complex issues and thus it would be unreasonable to

expect adequate preparation for pretrial proceedings or for the trial itself within the time limits

established by the Speedy Trial Act;

c. the requested exclusion of time would provide the defendant and his counsel

sufficient time to conduct an investigation as well as review fully all of the discovery materials,

and possibly to prepare and file pretrial motions, and will help ensure continuity of counsel;

d. the requested exclusion of time would allow the parties sufficient time to

continue the ongoing discussions regarding a disposition; and

*TJS* e. the failure to set trial beyond the speedy trial date in this proceeding would deny

counsel for the Defendant and the attorney for the Government the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.


SO ORDERED.


Hon. Timothy J. Sullivan
United States Magistrate Judge